UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-7635**

———————

WILLIAM KEVIN GLOVER,

                              Plaintiff - Appellant,

    versus

PRIME CARE MEDICAL COMPANY; PENNSYLVANIA
INSTITUTIONAL HEALTH SERVICES; JOHN DOE
MEDICAL COMPANY; NCCHC INCORPORATED; CARL
HOFFMAN, Dr. D.O. President - Prime Care Medi-
cal Company; WILLIAM ANDERSON, Administration/
Marketing Prime Care Medical; PAM FULTON,
Medical Administrator - Prime Care Medical;
JOHN T. MADDEN, Judge, Marshall County Circuit
Court; WILLIAM DAVIS, Commissioner, Department
of Corrections; GREGORY, X-Commissioner;
NICHOLAS HUN, X-Commissioner; PAUL KIRBY,
Warden, N.R.J.C.F; GEORGE E. TRENT, X-Warden;
NORMAN WOOD, Dr.; RICHARD GLASS, Dr.; CARL
LEGURSKY, X-Warden; TERESA WAID, Acting War-
den; TIM WHITTINGTON, Acting Warden; ALL
LIABLE INSURANCE COMPANIES, PER PERSON/PER
COMPANY; MOUNT OLIVE CORRECTIONAL CENTER,

                              Defendants - Appellees.

———————

Appeal from the United States District Court for the Southern Dis-
trict of West Virginia, at Beckley. David A. Faber, District Judge.
(CA-98-1139-5)

———————

Submitted:  February 10, 2000     Decided:  February 14, 2000

———————

Before WIDENER and NIEMEYER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

William Kevin Glover, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

William Glover appeals the district court's order denying relief on Glover's 42 U.S.C.A. § 1983 (West Supp. 1999) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Glover v. Prime Care Medical, No. CA-98-1139-5 (S.D.W.Va. Nov. 18, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2